# Court of Appeals
# of the State of Georgia

ATLANTA, May 12, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0321. SMITH v. GLOVER & DAVIS, P.A. et al.

We granted Paula W. Smith's application for interlocutory appeal of the trial court's denial of her motion to disqualify. After careful consideration of W. Robert Hancock's motion to dismiss and the response thereto, we grant Hancock's motion to dismiss this appeal as improvidently granted, and it is ordered that this appeal is hereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/12/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*